IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION )<br>and ALABAMA MOTORIST ASSOCIATION, )<br>INC. d/b/a AAA ALABAMA, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CALL-A-CAB, INC., )<br>d/b/a AAA CAB COMPANY, )<br>)<br>Defendant. ) | CASE NO. 2:06-cv-310-WKW<br>(WO) |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that:

1. This action is hereby DISMISSED WITHOUT PREJUDICE.

3. The costs of this action should be taxed as paid.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 4th day of October, 2006.

                                    /s/   W.  Keith Watkins
                                  UNITED STATES DISTRICT JUDGE